FIRST REFORMED DUTCH CHURCH OF GILBOA, Respondent, *v.* ALONZO P. CROSWELL et al., Appellants.

EDWARD W. BROWN et al., as Trustees of School District No. 1 of Gilboa, Respondents, *v.* ALONZO P. CROSWELL et al., Appellants.

*Appeal — unanimous affirmance — appeal without permission dismissed.*

*First Reformed Dutch Church, Gilboa,* v. *Croswell,* 210 App. Div. 294, appeal dismissed.

*Brown* v. *Croswell,* 210 App. Div. 801, appeal dismissed.

(Submitted January 19, 1925; decided January 27, 1925.)

MOTION in each of the above-entitled actions to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered in the first action September 18, 1924, and in the second July 12, 1924, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that permission to appeal had not been obtained.

*A. T. Clearwater* for motion.
*Arthur A. Brown* opposed.

Motion in each case to dismiss appeal granted and appeal dismissed, with costs and ten dollars costs of motion.